```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Joel Pena,

                Plaintiff,

    -against-

Roc Nation LLC et al.,

               Defendants.

1:23-cv-07009 (JHR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Plaintiff filed his Complaint on August 9, 2023. (Compl., ECF No. 1.) Thus, the ordinary time for service shall expire on November 7, 2023. *See* Fed. R. Civ. P. 4(m). No later than Monday, November 13, 2023, Plaintiff shall file a letter regarding the status of service of defendants Roc Nation LLC and Daniel Day. If those defendants have not yet been served, Plaintiff shall set forth the efforts he has made to serve those defendants with the Complaint and how much additional time he needs to accomplish service.

**SO ORDERED.**

Dated:    New York, New York
            November 3, 2023

                                                    */s/ Stewart D. Aaron*
                                                    _____
                                                    STEWART D. AARON
                                                    United States Magistrate Judge