```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joel Pena,

               Plaintiff,

    -against-

Roc Nation LLC et al.,

              Defendants.

1:23-cv-07009 (JHR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with Plaintiff and counsel for defendant S. Carter Enterprises LLC, and for the reasons stated on the record, it is hereby Ordered that, no later than February 8, 2024, Plaintiff shall serve the New York Secretary of State, as agent of ROC Nation LLC,[1] and shall file proof of service on the docket. The Court also extends the deadline for Plaintiff to serve defendant Daniel Day until February 8, 2024.

**SO ORDERED.**

Dated:     New York, New York
           January 9, 2024

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] *See* N.Y. C.P.L.R. § 311-a; N.Y. Limited Liab. Company Law § 303(a); *see also* https://dos.ny.gov/service-processnotice-claim.