**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2024
```

Joel Pena,

                Plaintiff,

-against-

Roc Nation LLC et al.,

                Defendants.

1:23-cv-07009 (JHR) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Thursday, March 7, 2024, at 11:00 a.m. to discuss the status of this action with respect to defendants Roc Nation LLC and Daniel Day. The conference shall be conducted via Microsoft Teams (audio only). At the scheduled time, the parties shall call 646-453-4442 and enter Phone Conference ID: 672 812 371.

**SO ORDERED.**

Dated:    New York, New York
              February 28, 2024

                                                      _____
                                                      STEWART D. AARON
                                                      United States Magistrate Judge