```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joel Pena,

               Plaintiff,

-against-

Roc Nation LLC et al.,

               Defendants.

1:23-cv-07009 (JHR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with all parties except for defendant Daniel Day ("Defendant Day"), and for the reasons stated on the record, it is hereby Ordered as follows:

1. The deadline for defendant ROC Nation LLC to respond to the Complaint is extended until March 18, 2024.

2. The deadline for Plaintiff to serve Defendant Day is extended until March 30, 2024. As the Court notified Plaintiff during today's conference, if Defendant Day is not served by that date, Plaintiff's claims against Defendant Day are subject to dismissal by the Court without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

**SO ORDERED.**

Dated:     New York, New York
           March 7, 2024

_____
STEWART D. AARON
United States Magistrate Judge